```
 1                  UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF NEW YORK (BROOKLYN)
 3   UNITED STATES OF AMERICA,
                                    Case No. 1:23-cr-00429-NGG-2
 4            Plaintiff,
 5   v.                             Brooklyn, New York
                                    November 2, 2023
 6   NIKOLAY GRIGOREV,              11:19 a.m.
 7            Defendant.
 8
                     TRANSCRIPT OF BOND HEARING
 9        BEFORE THE HONORABLE JUDGE JOSEPH A. MARUTOLLO
                 UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11   For the Plaintiff:         n/a

12   For the Defendant:         Michael D. Weil, Esq.
                                Federal Defenders of New York
13                              One Pierrepont Plaza
                                16th Floor
14                              Brooklyn, NY 11201

15   Also Appearing:            Alina Hillo

16   Clerk:                     Felix Chin
                                TLH
17
     Court Recorder:            Electronic Sound Recording
18
     Transcription Service:     Chris Hwang
19                              Abba Reporting
                                PO Box 223282
20                              Chantilly, Virginia  20153
                                (518) 302-6772
21

22

23

24   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
25
```

1        (Call to order at 11:19 a.m.)
2              THE CLERK:  -- case number 23-CR-429, the United
3    States v. Nikolay Grigorev.  Counsels, please state your name
4    for the record?
5              MR. WEIL:  Federal Defenders by Michael Weil for
6    Nikolay Grigorev.  Good afternoon, Your Honor.
7              THE COURT:  Good morning.
8              MS. HILLO:  Good morning.
9              THE COURT:  Can you state your names?
10             MS. HILLO:  Alina Hillo.
11             THE DEFENDANT:  Nikolay Grigorev.
12             THE COURT:  Okay, so I know we're here to discuss a
13   change to the bond that was discussed from yesterday.  Is that
14   right?
15             MR. WEIL:  That's right, Judge.
16             THE COURT:  Okay.  And could you just give me some
17   background on what this case is about?
18             MR. WEIL:  My understanding, Your Honor, is that the
19   bond was signed yesterday for Mr. Grigorev's release by his
20   parents with the understanding that the suretor would today be
21   substituted by his wife, who's here today, Alina Hillo.
22             And it's going to be secured by property co-owned by
23   Mr. Grigorev and Ms. Hillo.  And that this was all agreed to at
24   the time of his release yesterday.
25             THE COURT:  Okay, I'm sorry, how do you pronounce

1  your last name Ms.?
2         MS. HILLO:   Hillo.
3         THE COURT:   Ms. Hillo.
4         MS. HILLO:   Yeah.
5         THE COURT:   Okay, so Ms. Hillo, I want to swear you
6  in in a moment.
7     (Ms. Hillo is sworn)
8         THE COURT:   Can you say your name again for the
9  record?
10        MS. HILLO:   Alina Hillo.
11        THE COURT:   And how do you know the Defendant?
12        MS. HILLO:   He's my husband.
13        THE COURT:   How long have you known him?
14        MS. HILLO:   Since 2008.
15        THE COURT:   Okay, and are you currently working?
16        MS. HILLO:   Huh?  Yes.
17        THE COURT:   Yes?  Where are you working?
18        MS. HILLO:   Neurological division.
19        THE COURT:   Okay, and approximately how much money do
20 you make?
21        MS. HILLO:   Before taxes, about 6,000 a month.
22        THE COURT:   6,000 a month?  I'm sorry, if you can
23 just speak into the microphone, too, there?
24        MS. HILLO:   About 6,000 a month before tax.
25        THE COURT:   Okay, so I'm asking these questions about

1  money because the Court has set a $250,000 bond in this case.
2  That means if the Defendant does everything that he's supposed
3  to do while on release, you'll be fine.  You won't have to pay
4  anything.
5          But if the Defendant violates any of the conditions
6  of his release, which I will -- which he was made aware of
7  yesterday at his arraignment, if he will -- if he violates any
8  of those conditions, the bond will be revoked and the Defendant
9  will be held in jail.
10         And what will happen to you, Ms. Hillo, is that you
11 will owe the Government $250,000.  Do you understand that?
12         MS. HILLO:  Yes.
13         THE COURT:  And, again, just want to clarify this
14 even further.  You agree to pay the full amount if there are
15 any issues.
16         So, if you own any assets, bank accounts, a car,
17 stocks, bonds, property, anything at all, the Government can
18 seek to take those assets up to the bond amount of $250,000.
19         The Government can also garnish your wages, meaning
20 that the Government could take money out of your paycheck until
21 the full amount of the bond is paid.  Do you understand that?
22         MS. HILLO:  Yes.
23         THE COURT:  And by signing this bond, you're telling
24 the Court that you understand the risk you run in signing this
25 bond, which is owing the Government up to $250,000.

1           MS. HILLO:  Yes.

2           THE COURT:  Now I just want to go through the
3    conditions of the release just again so that it's kind of
4    crystal clear.  Now I'll hand this back to you to sign it in a
5    moment.

6           So, again, according to the order setting conditions
7    of release and appearance bond, again, this is a bond executed
8    by the Defendant in the amount of $250,000.

9           The conditions of release include surrendering any
10   passport and not leaving the area except for travel to and from
11   the Court, New York City, and Long Island, and also New Jersey
12   and Connecticut for employment for the Defendant.

13          Not having any contact with the any other
14   individuals, co-defendants, except in the presence of counsel.
15   And also standalone monitoring, which was discussed further
16   with your husband, the Defendant, yesterday.

17          And Defendant, you understand all of these conditions
18   still, right, from yesterday?

19          THE DEFENDANT:  Yes.

20          THE COURT:  Okay.  And just obviously, you know, your
21   wife loves and cares for you very much to put her financial
22   well-being on the line because she has faith in you, but if you
23   violate any of these conditions of your release, you could have
24   your bond revoked and you could be held in jail and really
25   place your family's financial circumstances in jeopardy.  And

1  your surety in this situation would be on the hook for
2  $250,000.
3            Okay, so any questions about what this entails?
4            MS. HILLO:  No.
5            THE COURT:  Okay, so Felix?  Thank you.
6       (Pause)
7            THE COURT:  And just noting for the record that Ms.
8  Hillo has signed the appearance bond and that the Defendant's
9  parents, who signed the bond yesterday, have now been removed
10 from the bond and it's solely with Ms. Hillo, the Defendant's
11 wife.  I've initialed the bond accordingly.
12           Okay, anything else?
13           THE CLERK:  No.  You just have to file the
14 (indiscernible) by November 9th.
15           THE COURT:  Okay, thank you.
16           THE CLERK:  Thank you.
17      (Proceedings concluded at 11:26 a.m.)

**CERTIFICATE**

I, Chris Hwang, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____          November 7, 2023

Chris Hwang                Date

Court Reporter